People of the State of Illinois, Defendant in Error, v. Eliath Chatman, Impleaded, Plaintiff in Error.

Gen. No. 10,689. 

Fourth District.

February 21, 1966.

Carroll Dukes, of Danville, for plaintiff in error; John P. O'Rourke, State's Attorney of Vermilion County, and Larry L. Lessen, Assistant State's Attorney, both of Danville, for defendant in error. Opinion by JUSTICE CRAVEN. Not to be published in full.